[No. 22822–6–I.  Division One.  April 9, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–1–01095–8, Paul D. Hansen, J., entered August 10, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Baker, J.

[No. 11765–7–II.  Division Two.  April 9, 1990.]

FIORITO BROS., INC., *Respondent,* v. THE DEPARTMENT OF TRANSPORTATION, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–2–00606–0, Daniel J. Berschauer, J., entered February 17, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9583–5–III.  Division Three.  April 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RENE MARIE HARMON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–1–00279–1, Robert S. Day, J., entered September 27, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.